## Robert Hyten, Plaintiff, v. William J. Kleffman, Defendant and Third Party Plaintiff-Appellant, v. Ciro Erspamer, Third Party Defendant-Appellee.

**Gen. No. 60–O–3.**

Fourth District.

June 6, 1961.

Pope and Driemeyer, of East St. Louis, for appellant; Wagner, Conner, Ferguson, Bertrand & Baker, of East St. Louis, and Eldon Durr, of Edwardsville, for appellee. Opinion by JUSTICE HOFFMAN. **Not to be published in full.**